JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Tel: 212-688-5640 |
| Josef Nussbaum | Fax: 212-981-9587 |
| Lucas Buzzard | www.jk-llp.com |
| Leah Seliger | |
| Michael DiGiulio | |

October 22, 2024

**VIA ECF**

Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED.

The Clerk of Court is directed to terminate ECF No. 16.

SO ORDERED.

*Jennifer H. Rearden signature*

Jennifer H. Rearden, U.S.D.J.
Date: October 22, 2024

Re:   *Restrepo v. Monte's Trattoria LTD, et al.*,
      Case No. 1:24-cv-04482-JHR

Dear Judge Rearden:

We are Plaintiff's counsel in the above-referenced action. I write on behalf of all parties to respectfully request that the deadline for Plaintiff to file his motion for preliminary approval of the parties' class action settlement be extended from October 25, 2024 to November 15, 2024, as the parties need additional time to finalize certain terms of the settlement agreement. This is the first request for an extension of this deadline, and all parties consent to the request. We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Denise A. Schulman
Denise A. Schulman

cc: All counsel (via ECF)