UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
JOSE RESTREPO, on behalf of himself           CASE NO. 24 CV 4482
and others similarly situated,

        **Plaintiff,**

  v.

MONTE'S TRATTORIA, LTD., PETER
MOSCONI, and PEDRO MOSCONI,

        **Defendants.**
-----------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and annexed materials, Plaintiff, on behalf of himself and all others similarly situated, by his undersigned attorneys, shall move the Court before the Honorable Jennifer H. Rearden at the United States Court for the Southern District of New York, 500 Pearl Street, New York, New York, on such day and time as counsel may be heard, for an order preliminarily approving the class action settlement agreement and notice to the class.

Dated:  New York, New York
        November 27, 2024        /s/ Denise A. Schulman
                                              D. Maimon Kirschenbaum
                                              Denise A. Schulman
                                              Michael DiGiulio
                                              JOSEPH & KIRSCHENBAUM LLP
                                              32 Broadway, Suite 601
                                              New York, NY 10004
                                              (212) 688-5640
                                              (212) 981-9587 (fax)

                                              *Attorneys for Plaintiff and the proposed Class*