UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE RESTREPO, on behalf of himself and others similarly situated,<br><br>                        Plaintiff,<br><br>v.<br><br>MONTE'S TRATTORIA, LTD., PETER MOSCONI, and PEDRO MOSCONI,<br><br>                        Defendants. | 24-CV-04482 (JAV)<br><br>**NOTICE OF REASSIGNMENT** |

JEANNETTE A. VARGAS, United States District Judge:

       This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-jeannette-vargas. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: February 7, 2025
       New York, New York

                                                             JEANNETTE A. VARGAS
                                                             United States District Judge