**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------x
**JOSE RESTREPO, on behalf of himself**                    **CASE NO. 24 CV 4482**
**and others similarly situated,**

         **Plaintiff,**

    **v.**

**MONTE'S TRATTORIA, LTD., PETER**
**MOSCONI, and PEDRO MOSCONI,**

         **Defendants.**
-----------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and annexed materials, Plaintiff, on behalf of himself and all others similarly situated, by his undersigned attorneys, shall move the Court before the Honorable Jeannette A. Vargas at the United States Court for the Southern District of New York, 500 Pearl Street, New York, New York, on such day and time as counsel may be heard, for an order granting final approval of the class action settlement agreement.

Dated:  New York, New York
       June 11, 2025          /s/ Denise A. Schulman
                          D. Maimon Kirschenbaum
                          Denise A. Schulman
                          Michael DiGiulio
                          JOSEPH & KIRSCHENBAUM LLP
                          32 Broadway, Suite 601
                          New York, NY 10004
                          (212) 688-5640
                          (212) 981-9587 (fax)

                          *Attorneys for Plaintiff and the Class*