UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x
JOSE RESTREPO, on behalf of himself and others similarly situated,

Plaintiff,

v.

MONTE'S TRATTORIA, LTD., PETER MOSCONI, and PEDRO MOSCONI,

Defendants.
----------------------------------------------------x

24-CV-4482 (JAV)

**FINAL ORDER APPROVING CLASS ACTION SETTLEMENT AND DISMISSAL WITH PREJUDICE**

The Court, having considered the parties' Settlement Agreement and Release dated November 25, 2024 and the addendum thereto dated April 10, 2025 (collectively, "Agreement" or "Settlement"), the unopposed Motion to Approve the Class Action Settlement, and all submissions in connection with that motion, and having held a Final Approval and Fairness Hearing on June 18, 2025, pursuant to Rule 23 of the Federal Rules of Civil Procedure ("Fairness Hearing"), to determine whether the Settlement Agreement should be approved as fair, reasonable, and adequate, hereby finds and ORDERS as follows:

1. Unless otherwise defined herein, all capitalized terms used in this Order (the "Final Order") will have the same meaning as defined in the Agreement.

2. The Court has jurisdiction over the subject matter of this action, the Plaintiff and the Class Members (collectively the "Plaintiffs"), and Monte's Trattoria, Ltd., Peter Mosconi, and Pedro Mosconi (collectively, "Defendants," together with Plaintiffs, the "Parties").

3. For the reasons stated on the record at the Fairness Hearing:

a. The Court grants final approval of the Settlement Agreement, including the releases and other terms, as fair, reasonable, and adequate as to the Parties and the Class Members (collectively, the "Settling Parties"). The Settling Parties are directed to perform in accordance with the terms set forth in the Agreement.

b. The Court certifies the proposed Settlement Class for settlement purposes only under Rule 23 of the Federal Rules of Civil Procedure.

c. The Court finds that the procedures for notifying the Class Members about the Settlement, including the Class Notice and related documents, fully satisfied all necessary requirements of due process. Based on the evidence and other materials submitted to the Court, the Court finds that the Class Notice to the Class Members provided adequate, due, sufficient and valid notice of the Settlement.

d. The Court grants Class Counsel's request for attorneys' fees and litigation costs and expenses in this action. Accordingly, Class Counsel are hereby awarded $166,666.67 for attorneys' fees and $8,098.38 for reimbursement of litigation costs and expenses, which the Court finds were reasonably incurred in prosecution of this case.

e. The service award of $10,000 for Named Plaintiff/Class Representative Jose Restrepo is approved.

4. The action is dismissed with prejudice.

5. Without affecting the finality of this Final Order, the Court reserves continuing and exclusive jurisdiction over parties to the Settlement Agreement to administer,

supervise, construe, and enforce the Settlement Agreement in accordance with its terms for the mutual benefit of the parties.

6. This dismissal with prejudice shall constitute a judgment for purposes of Rule 58 of the Federal Rules of Civil Procedure.

7. The Clerk of Court is directed to terminate ECF No. 26 and all pending motions and to close the case.

IT IS SO ORDERED.

Jeannette Vargas
______________________________
Hon. Jeannette A. Vargas, U.S.D.J.

Dated: June 18, 2025