UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
JOSE RESTREPO, on behalf of himself and others                          :
similarly situated,                                                     :
                                                                        :        24-CV-4482 (JAV)
                                        Plaintiff,                      :
                                                                        :        ORDER
                                                                        :
                -v-                                                     :
MONTE'S TRATTORIA, LTD. et al.,                                         :
                                                                        :
                                        Defendants.                     :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On July 31, 2025, Class Counsel requested that the Court substitute deceased class member Jose Quizhpi with his surviving spouse, Maria Rivas. ECF No. 30. Mr. Quizhpi died on February 17, 2021, and, at the time of his death, was married to Ms. Rivas. ECF No. 30, Rivas Decl., ¶ 2. Mr. Quizhpi died intestate, and there is no indication that anyone intends to institute a probate proceeding to establish a formal estate for him. *Id.*, ¶ 5. Defendants did not submit any opposition to Class Counsel's request.

Pursuant to Fed. R. Civ. P. 25(a), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party." That motion of substitute must be made within 90 days after service of a statement noting the death. *Id.* "To determine whether a claim survives a party's death under Rule 25(a)(1), courts must look to the law of the State whose substantive law governs the cause of action." *Loguidice v. Gerber Life Ins. Co.*, No. 20-CV-3254 (KMK), 2023 WL 6162925, at *2 (S.D.N.Y. Sept. 21, 2023) (cleaned up). New York law provides a right of survival, under which "no cause of action for injury to person or property is lost because of the death of the person in whose favor the cause of action existed." *Martineko v. 212 Steakhouse, Inc.*, 22-cv-518 (JLR) (RWL), 2024 WL 3928849, at *8 (S.D.N.Y. Aug. 13,

2024) (quoting N.Y. Estates, Powers and Trusts Law § 11-3.2(b)).

Because Mr. Quizhpi died intestate, Ms. Rivas is his estate's representative. *See Roe v. City of New York*, No. 00 Civ.9062 (RWS), 2003 WL 22715832, at *2 (S.D.N.Y. Nov. 19, 2003) (citing N.Y. Estates Powers & Trusts § 4-1.1(a)(4)). Ms. Rivas is therefore a proper party for substitution under Rule 25(a)(1), as Mr. Quizhpi's right to bring this action survives his death and passes into his estate. *Roe*, 2003 WL 22715832 at *3; *see also Brous v. Eligo Energy, LLC*, 24-CV-01260 (ER), 2025 WL 1190867, at *3 (S.D.N.Y. Apr. 22, 2025) (allowing representative of deceased class representative's estate to "stand[] in the shoes of the decedent" under Rule 25(a) (cleaned up)).

Class Counsel has attached Mr. Quizhpi's death certificate to Ms. Rivas's declaration, *see* ECF No. 30, Rivas Decl., Ex. 1, thereby fulfilling the notice requirements of Fed. R. Civ. P. 5 and Rule 25. Accordingly, the Court hereby GRANTS Class Counsel's motion to substitute class member Jose Quizhpi.

SO ORDERED.

Dated: August 29, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge